

# OHIO CIVIL RIGHTS COMMISSION
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:** TOLA2(40576)07132020
22A-2020-02388C


RECEIVED
JUL 24 2020

**Date of Hire:** 1-20-2006

**Position:** Patrol Sergeant

I was subjected to:

- A denial of promotion
- A forced resignation
- ✓ Demotion
- Denial/Failure to hire
- Denial of a reasonable accommodation
- ✓ Different terms and conditions of employment
- ✓ Discharge/Termination
- ✓ Discipline (Write-up, Suspension, etc)
- ✓ Harassment (including sexual harassment)
- Layoff/Denial of Recall
- Unequal Pay (based on sex only)
- Other

If you have marked other, please briefly describe the discriminatory act.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you.

I am a sergeant for the Elmore Police Department. On January 24th, 2020, I responded to a shooting. I was ordered by Chief Jeffrey Harrison to have a fit for duty evaluation.

On February 18th, 2020, I was seen for a clinical interview by Dr. Michael Kimball, on February 18, 2020, at which time I also completed the MMPI-2-RF. It was recommended for me to receive counseling and be reevaluated.

On February 24, 2020, Chief Harrison sent me an email telling me to take the next six months off on sick leave and after the next six months of non-paid then to retire. I believe Chief Harrison was trying to coerce me into retirement.

On April 27, 2020 Chief Harrison told me that if I came back it would be a lesser capacity. I feel as thought this is a retaliatory demotion.

I went to counseling and was diagnosed with adjustment disorder and generalized anxiety disorder. I retested with the MMPI-2-RF.

On June 25, 2020 Chief Harrison refused to release my final psychological testing results from the first

Page 2 of 3

I A-3

**PLAINTIFF'S EXHIBIT 1**



# OHIO CIVIL RIGHTS COMMISSION
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:** TOLA2(40576)07132020

**OCRC Case Number:** 22A-2020-02388C

**Please read and review the following:**

I have not commenced any action under Ohio Revised Code §§ 4112.14 or 4112.02(N) with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award of financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

● I am filing a charge alleging AGE DISCRIMINATION and I have read and understood the above information.

I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

**Please initial to indicate you have read and agreed to the statements below:**

I understand that I will not be able to sign this form on-line. A copy will be mailed to me for a notarized signature. An investigation **will not** begin until the Ohio Civil Rights Commission receives a SIGNED AND NOTARIZED CHARGE from me. **INITIALS** JDT

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures. **INITIALS** JDT

_____  7-21-20
Charging Party                    Date

Subscribed and Sworn to me on this 21 day of July of 2020

_____
Ohio Civil Rights Commission Representative of Notary

CAROL RETTIG
Notary Public, State of Ohio
My Comm. Expires 04/11/2024
Recorded in Sandusky County

RECEIVED
JUL 24 2020

Page 3 of 3

I A-4

# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION
### EMPLOYMENT

Agency Use Only
☒ FEPA
☒ EEOC

CHARGE NUMBER: (Agency Use Only)
TOLA2(40576)07132020 AMENDED
22A-2020-02388C

Completely Fill in the Following

**Name of Charging Party (First Middle Last):** Jeremy Darrell Tipton
**Address:** 346 Ottawa Street PO BOX 116
**City:** Elmore **State:** OH **Zip Code:** 43416 **County:** Ottawa
**Telephone Number:** 419-969-5877
**Date(s) of Discrimination:** 4/27/20

**Name of Company:** Village of Elmore Police Department
**Address:** 344 Rice Street
**City:** Elmore **State:** OH **Zip Code:** 43416 **County:**
**Telephone Number:**
**Total Number of Employees:** +15
**Date of Hire:** 1/20/20

**I believe I was discriminated against because of my: (Please identify)**

☐ Race/Color
☐ Sex
☒ Disability
☐ Military Status
☒ Age (Over 40 years old only - List Date of Birth) [REDACTED]

☐ Religion
☐ National Origin/Ancestry
☐ Retaliation

RECEIVED JUL 24 2020

FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**

☒ Demotion ☒ Discharge/Termination ☒ Discipline
☐ Failure to Hire ☐ Forced to Resign ☐ Harassment/Sexual Harassment
☐ Layoff ☐ Promotion ☐ Reasonable Accommodation
☒ Other (Specify) Terms and Conditions (Coercion into retirement, failure to release medical records)

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.

1. I am a 47 year old disabled individual. I have been employed by Respondent since January 20, 2006, most recently as a Sergeant. I was subjected to different terms and conditions, demotion, discipline and termination.
2. I believe I have was subjected to a demotion due to my age and disability because:
   a. I responded to a shooting and was ordered to completed a fitness for duty after showing signs of psychological trauma.
   b. On April 27, 2020 Chief Harrison told me that if I came back it would be a lesser capacity.
   c. I advised I wished to return to work.
   d. Others not of my protected class were treated more favorably.
3. I believe I was subjected to different terms and conditions of employment due to my disability and age because:
   a. On February 18th, 2020, I was seen for a clinical interview by Dr. Michael Kimball, on February 18, 2020, at which time I also completed the MMPI-2-RF. It was recommended for me to receive counseling and be reevaluated.
   b. On February 24, 2020, Chief Harrison sent me an email telling me to take the next six months off on sick leave and after the next six months of non-paid then to retire. I believe Chief Harrison was trying to coerce me into retirement.
   c. On June 25, 2020 Chief Harrison refused to release my final psychological results from the final summary of the first Psychologist.
4. I believe that I received discipline and termination due to my age and disability because:
   a. On July 1st, 2020 I was summoned by Chief Harrison to serve me with disciplinary termination papers.
   b. This occurred while I was on an ordered sick leave.
   c. Others not of my protected class were not served disciplinary termination.

CAROL RETTIG
Notary Public, State of Ohio
My Comm. Expires 04/11/2024
Recorded in Sandusky County

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

**Charging Party Signature:** Jeremy D Tipton **Date:** 7-21-20

Notary or Ohio Civil Rights Commission Representative
Subscribed and sworn to before me on this 21 day of July 2020
Carol Rettig
Notary or Commission Representative


# OHIO CIVIL RIGHTS COMMISSION
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**
**OCRC Case Number:** TOLA2(40576)07132020
22A-2020-02388C

RECEIVED
JUL 24 2020

**Your Name (First and Last Name)**
Jeremy Tipton

**Employer Name**
The Village of Elmore Police DepartmentApri

**Your Street Address**
346 Ottawa Street

**Employer Street Address**
344 Rice Street

**Your City, State and Zip Code**
Elmore, Ohio 43416

**Employer City, State and Zip Code**
Elmore, Ohio 43416

**Your Telephone Number**
419-969-5877

**Employer Telephone Number**
419-862-3980

**Your Alternate Phone Number (Optional)**
419-324-6751

**County where Employer is located (if in Ohio)**
Ottawa

**Your Email Address**
epd7703@gmail.com

**Total Number of Workers Employed**
9

Date(s) of Discrimination (Must have occurred within **SIX MONTHS** from the charge filing date)

February 24, 2020 April 27, 2020, June 25, and July 1, 2020

I was discriminated against on the basis of:
- Race/Color
- Sex
- Pregnancy
- Gender Stereotyping
- ✓ Disability (DO NOT IDENTIFY)
- ✓ Age (over the age of 40 ONLY)
- National Origin/Ancestry
- Military Status
- Religion
- ✓ Retaliation (for protesting discrimination)

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.

47 years old ▮▮▮▮▮▮

Page 1 of 3

I A-2

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __1__ of __6__

CASE NAME: Jeremy Tipton v. Village of Elmore Police
CASE NUMBER: TOLA2(40576)07132020/22A-2020-02388C

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 7-13-20 | SAA | +++Online Charge Received |
| | | Respondent Contact Rep. Name, Title, Address, Phone Number:<br><br>Jeffery Harrison, Chief of Police<br>Village of Elmore Police<br>344 Rice Street<br>Elmore, OH 43416 |
| 7-13-20 | IFL | Case assigned and given to : SMS |
| 7-17-20 | SAA | Notification letter sent to CHARGING PARTY ADVISING CHARGE MUST BE NOTARIZED WITHIN TEN DAYS. (Also sent info packet, charging party questionnaire, ADR notification form, medical docs)<br>IF CHARGE IS NOT TIMELY NOTARIZED, 30TH DAY LETTER MUST BE SENT<br>IF CHARGE IS STILL NOT TIMELY NOTARIZED, 15TH DAY LETTER MUST BE SENT. |
| | | Notification letter and charge sent to RESPONDENT; due date: |
| | | Medical release & questionnaire sent to CHARGING PARTY; due date:... |
| 7/20/20 | SMS | Staff received and reviewed charge. |
| 7/20/20 | SMS | Staff called CP at 419-969-5877 and sent email to epd7703@gmail.com requesting CP contact staff for follow up |
| 7/20/20 | SMS | Staff received email from CP. Staff called CP and discussed process and Amended charge. Staff sent original and Amended charge to CP |
| 7/20/20 | SMS | Staff received email from CP with documents and amended charge. Staff to review with CP Tuesday, July 21, 2020 at 9:00 am |
| 7/21/20 | SMS | Staff sent medical documents to CP |
| 7/23/20 | SMS | Staff received additional information via email from CP |

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __2__ of __6__

CASE NAME: **Jeremy Tipton v. Village of Elmore Police**
CASE NUMBER: **TOLA2(40576)07132020/22A-2020-02388C**

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 7/27/20 | SMS | Staff received emails from CP regarding labor issue. Staff emailed CP with Department of Labor contact information |
| 7/27/20 | SMS | Staff received signed notarized charge |
| 7/28/20 | SMS | Staff received updated statement for CP |
| 8/3/20 | SMS | Staff received email updates from CP. |
| 8/3/20 | SMS | Staff received email from CP. CP has appeal meeting August 10 via Zoom. Staff called CP with update of notifications letters and medical forms. |
| 8/4/20 | SMS | Staff received an email from CP with attorney information. CP states My attorney is going to be Jason Matthews. He is a civil rights attorney in the Dayton area. He is going to represent me at the appeal. Staff sent email requesting letter of representation |
| 8/5/20 | SMS | Staff received email with attachments from CP |
| 8/5/20 | SMS | Staff (SMS) contacted Charging Party regarding commencement of investigation by email. Charging Party support documents requested |
| 8/5/20 | SMS | Staff (SMS) notified Charging Party of the mediation & conciliation process, via email. |
| 8/5/20 | SMS | Staff received email from CP |
| 8/5/20 | SMS | Staff called CP left message |
| 8/14/20 | SMS | Staff received an email from R Rep:<br>**Lisa E. Pizza**<br>*Attorney at Law*<br>Spengler Nathanson P.L.L.<br>900 Adams Street<br>Toledo, Ohio 43604<br>lpizza@snlaw.com<br>http://www.snlaw.com<br>Phone: (419) 252-6227<br>Fax: (419) 241-8599 |

I B-2

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __3__ of __6__

CASE NAME: Jeremy Tipton v. Village of Elmore Police
CASE NUMBER: TOLA2(40576)07132020/22A-2020-02388C

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 8/17/20 | SMS | Staff received email request from R Rep for a 30-day extension. Staff granted extension. Documents due September 16, 2020. |
| 8/17/20 | SMS | Staff sent email to CP with status update |
| 8/17/20 | SMS | Staff received an update from CP. Staff confirmed update via email to CP |
| 8/18/20 | SMS | Staff received emails from CP. CP states he was terminated and has multiple questions. CP provided additional documents |
| 8/18/20 | SMS | Staff called CP. Staff discussed emails and the Commission jurisdiction. CP wants a retaliation charge. CP has filed for unemployment. |
| 8/31/20 | SMS | Staff received email from CP with attached document and update. Staff confirmed receipt |
| 9/8/20 | SMS | Staff received email from CP with additional documents. Staff confirmed receipt. |
| 9/14/20 | SMS | Staff received email from CP with updated information and a documents showing CP was approved for unemployment and traffic citation documents |
| 9/14/20 | SMS | Staff requested the 2nd and 11th email be resent. R sent the emails and will mail a video. R links to the email will not pass the states protected status. |
| 9/14/20 | SMS | Staff received R position statement and attachments. Staff reviewed and requested interviews |
| 9/14/20 | SMS | Staff called CP provide case status update and discuss discussed rebuttal letter. Staff sent rebuttal letter to CP |
| 9/16/20 | SMS | Staff received email form R Rep regarding available dates for interviews. Staff confirmed availaibity. |

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __4__ of __6__

CASE NAME: Jeremy Tipton v. Village of Elmore Police
CASE NUMBER: TOLA2(40576)07132020/22A-2020-02388C

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 9/16/20 | SMS | Staff received an email from CP to call. Staff called CP to discuss issues. |
| 9/21/20 | SMS | Staff received and reviewed CP rebuttal and documents |
| 9/28/20 | SMS | Staff received email from CP requesting update. Staff sent update via email |
| 10/1/20 | SMS | Staff received an email form Cp. Cp stated Respondent swore in a new officer shown on Facebook. The new officer is a Caucasian male, early twenties. Staff verified Facebook post |
| 10/8/20 | SMS | Staff received an email from R rep requesting interview date of 10/12/2020. Staff responded that is a government holiday and requested another day. |
| 10/8/20 | SMS | Staff received an email from CP requesting update. Staff emailed update to CP |
| 10/22/20 | SMS | Staff received email with attached documents from CP |
| 11/3/20 | SMS | Staff received an email from CP requesting an update. Staff provided status update via email |
| 11/12/20 | SMS | Staff received additional documents from CP. Staff confirmed receipt of the documents. |
| 11/18/20 | SMS | Staff received an email from CP requesting an update. Staff sent update to CP via email |
| 12/1/20 | SMS | Staff received an email from CP with attachments. Staff reviewed the attachments. |

I B-4

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __5__ of _6_

CASE NAME: Jeremy Tipton v. Village of Elmore Police
CASE NUMBER: TOLA2(40576)07132020/22A-2020-02388C

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 12/2/20 | SMS | Staff received an email from CP with additional information. Staff confirmed receipt via email |
| 12/28/20 | SMS | Staff received additional recordings via email from CP. Staff confirmed receipt. |
| 1/6/21 | SMS | Staff received an email from CP with update. CP Attorney has filed a brief in court and CP sent as a attachment. Staff called CP with case status update |
| 1/13/21 | SMS | Staff received email with attachment from CP. Staff confirmed receipt. Staff attempted to reach witnesses. |
| 2/3/21 | SMS | Staff received an email from CP requesting update. Staff completed case status review and sent CP email update via email. |
| 2/16/21 | SMS | Staff received email from CP with update. Staff called CP left message. |
| 2/16/21 | SMS | Staff received an email from CP. Staff called CP to discuss updates. |
| 3/11/21 | SMS | Staff received an email from CP with additional information. Staff confirmed receipt |
| 3/16/21 | SMS | Staff called CP to discuss if any additional information and witnesses. CP stated no additional information and witnesses. Staff explained jurisdiction. CP stated comparative discipline employee, no one else under 40 employed. |
| 3/22/21 | SMS | Staff received an email with update. |
| 3/22/21 | SMS | Staff called CP left message. |
| 3/23/21 | SMS | Staff called CP and discussed up dates. |
| 3/24/21 | SMS | Staff received an email from CP stating Cp was offered 3 months pay to drop his charge |

I B-5

# CASE ACTIVITY
# &
# PERSONAL INFORMATION LOG

Page __6__ of __6__

CASE NAME: Jeremy Tipton v. Village of Elmore Police
CASE NUMBER: TOLA2(40576)07132020/22A-2020-02388C

Acknowledgment: I acknowledge that the information on this page is true and complete and that I have accessed CPI only for purposes relating to my job duties or my agency's governmental function.

| DATE | INITIALS | ACTIVITY/COMMENTS |
|---|---|---|
| 3/25/21 | SMS | Staff sent email to R rep for additional information. |
| 3/30/21 | SMS | Staff called CP with update |
| 4/12/21 | SMS | Staff received an email from CP regarding the update of his charge. Staff conformed receipt of the email. |
| 4/12/21 | SMS | Staff completed interviews see telephone interview notes |
| 4/13/21 | SMS | Staff completed interviews see telephone interview notes |

I B-6